**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 21-0361

FILED

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MAUREEN THERESE DOUBEK,

Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 28th, 2022 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2022